430-15

# ELECTRONIC RECORD

COA #  12-14-00112-CR                    OFFENSE: 29.03

STYLE: Calvin Louise Rushing v. The State of Texas          COUNTY: Angelina

COA DISPOSITION:    AFFIRMED           TRIAL COURT: 217th District Court

DATE: 3/25/2015              Publish: NO  TC CASE #:    2012-0431

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Calvin Louise Rushing v. The State of Texas          CCA #: 430-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____refused_____              JUDGE: _____

DATE: July 29, 2015             SIGNED: _____     PC: _____

JUDGE: _____PC_____            PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD